# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15CR163-14 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) ) | |
| CHAD MASON, | ) | OPINION AND ORDER |
| Defendant. | ) ) ) ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court granted Defendant's Motion for a Competency Evaluation on March 2, 2016. A Competency Evaluation Report dated May 5, 2016, was received by the Court and counsel. After numerous in-Chambers discussions with the parties, on May 4, 2017, the Court ordered the Government to contact the Bureau of Prisons to obtain an independent review and analysis of Defendant's ability to proceed. Based on the Bureau of Prisons' review and Report, the parties have filed a joint status report on January 10, 2018, requesting the Court to make a finding that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in is defense and commit him to the custody of the Attorney General for hospitalization and treatment in a suitable facility.

Upon due consideration of the Bureau of Prisons' review and Report and stipulation of the parties, the Court finds by a preponderance of the evidence that the Defendant lacks the ability to assist in his own defense and therefore, the Defendant should be committed to the

custody of the Attorney General until such time that Defendant is competent to proceed to trial.

The Court therefore commits the defendant to the custody of the Attorney General. pursuant to 18 U.S.C. §4241(d). The Attorney General shall hospitalize the defendant for treatment in a suitable facility—

(1) for a reasonable period of time, not to exceed four months as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

(2) for an additional reasonable period of time until his mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that with such additional period of time he will attain the capacity to permit the proceedings to go forward.

The Defendant shall be designated for placement at USMC Springfield, Missouri. When the Defendant is notified, he shall surrender to the U.S. Marshal for the Northern District of Ohio to be transported to the designated facility.

**IT IS SO ORDERED.**

                                        s/ Christopher A. Boyko
                                        **CHRISTOPHER A. BOYKO**
                                        **United States District Judge**

**Dated: January 19, 2018**